| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Charles G. Wohlrab, Esq. (016592012) | CASE NO.: 22-18053-VFP<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**JEANNE PUZINO,**<br><br>     **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 14), and states as follows:

1. Debtor, JEANNE PUZINO, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 11, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 18 Nell Ct, Fairfield, NJ 07004, by virtue of a Mortgage recorded on January 9, 2003 at Instrument number 711018 of the Public Records of Essex County, NJ. Said Mortgage secures a Note in the amount of $317,800.00.

3. The Debtor filed a Chapter 13 Plan on November 3, 2022.

4. It is anticipated that Secured Creditor's claim will show the pre-petition arrears due Secured Creditor is in excess of $512,314.95 (Proof of Claim due by December 20, 2022). Debtor's proposed Plan provides for payment of only $0.00 of said arrears. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any

proposed Plan that fails to provide for the total amount of pre-petition arrears due and owing to Secured Creditor.

5. Further, the Plan intends to seek Loan modification with Secured Creditor. However, as of the filing of this Objection, no order has been docketed. The Plan has no alternative treatment for the actual arrears of $512,314.95, in the event loss mitigation is not successful.

6. Secured Creditor objects to any plan which proposes to pay it anything less than $512,314.95 as the pre-petition arrearage over the life of the plan. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Charles Wohlrab
Charles Wohlrab, Esquire
NJ Bar Number 016592012
Email: CWohlrab@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202, Lobby B<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Charles G. Wohlrab, Esq. (016592012) | CASE NO.: 22-18053-VFP<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**JEANNE PUZINO**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Charles Wohlrab, represent U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust in this matter.

2. On November 21, 2022, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202, Lobby B
        Fairfield, NJ 07004
        Telephone Number 973-575-0707

        By: /s/Charles Wohlrab
        Charles Wohlrab, Esquire
        NJ Bar Number 016592012
        Email: CWohlrab@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Avram D White<br>Law Offices of Avram D White, Esq<br>66 Hampton Terrace<br>Orange, NJ 07050 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| JEANNE PUZINO<br>18 Nell Court<br>Fairfield, NJ 07004 | JEANNE PUZINO | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Marie-Ann Greenberg | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |