UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Kimberly A. Wilson, Esquire
NJ BAR ID 031441997

In Re:

**Jeanne Puzino,**

      **Debtor.**

Case No.:    22-18053-VFP

Chapter:    13

Hearing Date:

Judge:    Vincent F. Papalia

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### (NOTE AND MORTGAGE DATED November 5, 2022)

Genevieve A. Jacobs                   , employed as Bankruptcy Specialist                   by

Selene Finance LP                   , hereby certifies the following:

Recorded on January 9, 2003, in Essex County, in Book 8632 at Page 224

Property Address: 18 Nell Court, Fairfield, NJ 07004

Mortgage Holder: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST

Mortgagor(s)/ Debtor(s):   Jeanne Puzino and Vincent Puzino (Co-Debtor)

POST-PETITION PAYMENTS (Petition filed on October 11, 2022)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Running Suspense |
|---|---|---|---|---|---|
| See below 'Exhibit 1' | | | | | |
| TOTAL: | | | | | |

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 11/1/2022 | 1/1/2023 | $2,061.24 | $1,289.13 | $3,350.37 | $10,051.11 |
| Less post-petition partial payments (suspense balance): | | | | | | ($0.00) |
| | | | | | Total: | $10,051.11 |

Monthly payments past due: <u>03</u> mos. x $<u>3,350.37</u> = $<u>10,051.11</u> as of <u>January 3, 2023</u>

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal & Interest | $ 2,061.24 |
| R.E. Taxes: | $ 1,289.13 |
| Insurance: | Included in RE Taxes |
| Late Charge: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL | $3,350.37 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: $504,338.84

I certify under penalty of perjury that the above is true.

Date: 1/26/23

Signature

Genevieve A. Jacobs        Rev.8/1/15

Bankruptcy Specialist

Selene Finance LP

2

Exhibit 1

| Date Received | Amount Received | Payment Amount Due | To/From Suspense | Suspense Balance |
|---|---|---|---|---|
| | | | | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Arrears Due: | 11/1/2022 | 3350.37 |
|---|---|---|
| | 12/1/2022 | 3350.37 |
| | 1/1/2023 | 3350.37 |
| | | |
| Less suspense: | | |
| TOTAL: | | $10,051.11 |